UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GEORGE LANDT, individually and as co-trustees of the Landt Family Trust; et al.,

Plaintiffs,

v.

M&E BROTHERS, LLC; et al.,

Defendants.

Case Nos.: 3:25-cv-01364-RBM-DEB; 3:20-cv-00234-RBM-DEB

**ORDER:**

**(1) GRANTING JOINT MOTION TO CONSOLIDATE CASES [Doc. 59];**

**(2) DENYING AS MOOT MOTION TO CONSOLIDATE [Doc. 57] AND MOTION TO WITHDRAW MOTION TO CONSOLIDATE [Doc. 60]; and**

**(3) RESETTING PRETRIAL SCHEDULES**

Pending before the Court is the Parties' Stipulation and Joint Motion to Consolidate for Trial Purposes Only ("Joint Motion to Consolidate"). (Doc. 59.) The Parties seek to consolidate this action, *Landt v. M&E Brothers, LLC*, 25-cv-01364-RBM-DEB (the "Landt Action") with *Pacific Resources Associates LLC v. Suzy Cleaners*, 20-cv-00234-RBM-

DEB (the "Pacific Resources Action"). (*Id.* at 2–3.) The Parties "agree that both [actions] share common questions of law and fact, and that consolidating the two actions for trial will avoid unnecessary cost or delay." (*Id.* (citing Fed. R. Civ. P. 42(a)).) The Parties also stipulate and request that the Court consolidate the final pretrial conference and related pretrial deadlines so that the Parties may prepare for trial on one timeline. (*Id.* at 3–4.)

## I. <u>JOINT MOTION TO CONSOLIDATE</u>

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). "The district court has broad discretion under this rule to consolidate cases pending in the same district." *Investors. Rsch. Co. v. United States Dist. Ct. for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989). In exercising its broad discretion to order consolidation, a district court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*,743 F.2d 703, 704 (9th Cir. 1984), *on reh'g*, 753 F.2d 1081 (9th Cir. 1984).

As the Court noted in its previous Order denying without prejudice the motion to consolidate, the Landt Action and the Pacific Resources Action share common parties and questions of law and fact. (Doc. 34.) The Court denied that earlier motion to consolidate because of its concerns with the differing procedural postures of the two actions and potential delay of progression toward trial. (*Id.* at 3–5.) The Parties' representations in the Joint Motion to Consolidate address those concerns, and the Court now agrees with the Parties that consolidating the actions for trial will serve judicial economy. Furthermore, given the Parties' stipulation, the Court does not identify any prejudice that consolidation would cause. Therefore, the Joint Motion to Consolidate (Doc. 59) is <u>**GRANTED**</u>. This action is <u>**CONSOLIDATED**</u> with *Pacific Resources Associates LLC v. Suzy Cleaners*, 20-cv-00234-RBM-DEB. That action, 20-cv-00234-RBM-DEB, shall be the lead case.

## II. <u>PRETRIAL SCHEDULES</u>

First, as the Parties stipulate and request, discovery in the Pacific Resources action shall remain closed. Second, all deadlines and directives set forth in the March 5, 2026

Scheduling Order in the Landt Action (Doc. 43) shall remain unchanged. Third, the Court **<u>AMENDS the pretrial schedule in 20-cv-00234-RBM-DEB</u>** to coincide with the pretrial schedule in 25-cv-01364-RBM-DEB; both actions shall now follow the schedule below:

| Event | Deadline |
|---|---|
| File Memoranda of Contentions of Fact and Law Pursuant to Local Rule 16.1(f)(2) | March 4, 2027 |
| Pretrial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(3) | March 4, 2027 |
| Meet and Confer Pursuant to Local Rule 16.1(f)(4) | March 11, 2027 |
| Plaintiffs' Counsel Provides Opposing Counsel with Proposed Final Pretrial Order | March 18, 2027 |
| Parties Lodge Proposed Final Pretrial Order Pursuant to Local Rule 16.1(f)(6) | March 25, 2027 |
| Final Pretrial Conference | April 1, 2027 at 1:30 p.m. |

## III. <u>CONCLUSION</u>

Accordingly, the Court **<u>ORDERS</u>**:

1. The Joint Motion to Consolidate (Doc. 59) is **<u>GRANTED</u>**. This action is **<u>CONSOLIDATED</u>** with *Pacific Resources Associates LLC v. Suzy Cleaners*, 20-cv-00234-RBM-DEB. That action, 20-cv-00234-RBM-DEB, shall be the lead case.
2. The Final Pretrial Conference and all related pretrial deadlines in 20-cv-00234-RBM-DEB are **<u>AMENDED</u>** to coincide with the Final Pretrial Conference and related deadlines in 25-cv-01364-RBM-DEB, as reflected in the chart above.
3. Discovery in the Landt Action, 25-cv-01364, shall remain closed.
4. All deadlines and directives set forth in the Landt Action's Scheduling Order (Doc. 43) remain unchanged.

5. In light of the above, Plaintiffs' Motion to Consolidate (Doc. 57) and Motion to Withdraw Motion to Consolidate (Doc. 60) are **DENIED as moot**.

6. The Clerk of Court is directed to docket this Order to the dockets in both 25-cv-01364-RBM-DEB and 20-cv-00234-RBM-DEB.

**IT IS SO ORDERED.**

DATE: July 27, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE